STEPHEN MENSEL
Attorney at Law, Cal. Bar No. 55926
1221 Van Ness Ave., Suite 305
Fresno, CA 93721.1720
Telephone: 559.237.2600

Counsel for Defendant
ALCED BROUSSARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR F 03-5054 OWW |
| Plaintiff, | REQUEST, CONSENT AND ORDER FOR SUBSTITUTION OF ATTORNEY |
| vs. | |
| ALCED BROUSSARD, | |
| Defendant. | |

REQUEST AND CONSENT TO SUBSTITUTION OF ATTORNEY

It is consented to and hereby requested that PATIENCE MILROD be substituted as the attorney in this matter.

Dated July   , 2005

ALCED BROUSSARD

Dated July   , 2005

/s
STEPHEN MENSEL

Dated July   , 2005

/s
PATIENCE MILROD

ORDER

The court hereby orders the substitution.

Dated July  11 2005

/S/ OLIVER W. WANGER
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE