```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )
            Plaintiff        )    1:03-CR-05054-005 OWW
                             )
     v.                      )
                             )
ALCED BROUSSARD,             )
                             )
            Defendant        )    ORDER REFERRING CASE TO
_____)    CJRA PANEL
```

    The motion for downward departure is referred to the Fresno CJRA panel for assignment to new counsel.

    IT IS SO ORDERED.

**Dated:   September 2, 2008**          /s/ Oliver W. Wanger
                                                     UNITED STATES DISTRICT JUDGE

1