```
LAWRENCE G. BROWN
Acting United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>Plaintiff/Respondent,        )<br>                             )<br>     v.                      )<br>                             )<br>ALCED BROUSSARD,             )<br>                             )<br>     Defendant/Petitioner.   )<br>_____) | 1:03-cr-5054 OWW<br><br>ORDER DENYING DEFENDANT'S<br>MOTION TO MODIFY SENTENCE. |

On November 14, 2008, the defendant filed a motion to modify sentence under 18 U.S.C. § 3582(c)(2). The motion is without merit, because the defendant was sentenced to the statutory mandatory minimum sentence of 240 months. Accordingly, the motion is denied.

IT IS SO ORDERED.

**Dated:   January 5, 2009**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE

1