1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:03-CR-05054 AWI
12 |                 Plaintiff, | STIPULATION REFERRING MOTION FOR
   |                            | SENTENCE REDUCTION TO FEDERAL
13 |              v.             | DEFENDER'S OFFICE AND PROBATION
   |                            | OFFICE AND ORDER THEREON
14 | ALCED BROUSSARD,
15 |                 Defendant.

16

17     The Court is in receipt of a motion to reduce a criminal sentence pursuant to Title 18, United
18 States Code, Section 3582(c)(2). The Court refers this motion to the Probation Office (Probation
19 Officers Hubert Alvarez and/or Melinda Peyret) and the Office of the Federal Defender and Assistant
20 Federal Defender David M. Porter, pursuant to General Order No. 546. The Federal Defender's Office
21 shall have 30 days from the date the Court approves the stipulation/order to conduct an initial review of
22 the motion to determine the status of representation of the defendant.
23     1.   If Federal Defender's Office determines that the defendant is eligible for representation
24 and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a
25 notice of appearance in the case. If the matter has been referred to panel counsel, a copy of this order
26 shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a
27 notice of appearance in the case.
28

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION

2. The notice of appearance shall indicate whether counsel intends to supplement the defendant's motion.

3. If the defendant does not intend to supplement the motion, the government's response will be due 14 days following counsel's notice of appearance.

4. If defendant's counsel intends to supplement the defendant's motion, then the notice of appearance shall indicate the date upon which the supplement will be filed and the date upon which the government's response shall be due. Such dates should be mutually agreeable to the parties.

5. If the parties agree that a hearing is necessary, the notice of appearance shall include the date of the hearing, preferably no earlier than two weeks after the government's response is filed. If the parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties' respective filings.

6. Upon review of the motion and response, the Court will determine whether oral argument or hearing will aid its determination of the motion and notify counsel of its decision.

Dated: November 12, 2014                BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ *Kathleen A. Servatius*
                                        KATHLEEN A. SERVATIUS
                                        Assistant United States Attorney


Dated: November 12, 2014                HEATHER E. WILLIAMS
                                        Federal Defender


                                        /s/ *David M. Porter*
                                        DAVID M. PORTER
                                        Assistant Federal Defender
                                        Attorney for Defendant

///

///

///

///

///

///

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE REDUCTION

## **ORDER**

The above stipulation is approved.  In addition, if no defense counsel makes an appearance within the 30-day period set forth in the introductory paragraph of this stipulation, the government shall file an opposition within 14 days of the expiration of such period.

IT IS SO ORDERED.

Dated:   November 20, 2014                                    _____
                                                                                                SENIOR DISTRICT JUDGE