# UNITED STATES DISTRICT COURT
for the

Eastern District of California

United States of America )
v. )
) Case No: 1:03-CR-05054-AWI-5
ALCED BROUSSARD )
) USM No: 61100-097

Date of Original Judgment: July 1, 2005 )
Date of Previous Amended Judgment: January 22, 2007 ) David M. Porter
*(Use Date of Last Amended Judgment if Any)* *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 130 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 01/27/2007 shall remain in effect.

IT IS SO ORDERED.

Dated: March 28, 2019

*[signature]*
SENIOR DISTRICT JUDGE

Effective Date: 3/28/2019                                   Anthony W. Ishii, U.S. District Judge