DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
ALCED BROUSSARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALCED BROUSSARD,<br><br>Defendant. | Case No. 1:03-CR-05054-DAD<br><br>STIPULATION AND<br>ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status hearing in the above-captioned matter now set for February 7, 2022 may be continued to February 28, 2022 at 9:00 a.m.

The defense is still working on preparing its sentencing memorandum and gathering information. Certain allegations involve incidents that took place outside of the jurisdiction in the State of Texas. Counsel needs more time in order to fully explore these issues.

Counsel for the government and the assigned USPO have no objection to the requested date. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO SIPULATED:

                                              PHILLIP A. TALBERT
                                              United States Attorney

DATED:                                /s/ Laurel Montoya
                                         Laurel Montoya
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

DATED:                                /s/ Douglas C. Foster
                                         DOUGLAS C. FOSTER
                                         Law Offices of Douglas C. Foster
                                         Attorney for Defendant
                                         ALCED BROUSSARD

## **ORDER**

Pursuant to the parties' stipulation, the sentencing hearing in the above case is hereby continued to February 28, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **January 31, 2022**                                    _____
                                                               UNITED STATES DISTRICT JUDGE